JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALICIA CORDOVA,<br><br>　　　　　Plaintiff,<br>v.<br><br>MAPLE LEAF BAKERY, INC.;<br>and DOES ONE through FIVE,<br>inclusive,<br><br>　　　　　Defendants. | Case No. CV-13-08551 DMG (RZ)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Pursuant to the parties' Stipulation of Dismissal with Prejudice, IT IS ORDERED THAT all claims for relief in the above-captioned action bought by Plaintiff are dismissed, and that the entire action is dismissed, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to pay its own costs and fees.

IT IS SO ORDERED.

DATED: April 14, 2014　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE